UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00338-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAUL EUGENE BRAME,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, November 30 2011,** and responses to these motions shall be filed by **Wednesday, December 14 , 2011.** It is

FURTHER ORDERED counsel shall request a hearing on all pending motions, if necessary, and final trial preparation conference at a future date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Tuesday, January 3, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: October 27, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge