UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00338-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAUL EUGENE BRAME,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On November 29, 2011, the Defendant filed a Motion to Suppress (ECF No. 13). Accordingly, the Government shall respond to this motion not later than **Wednesday, December 14, 2011.** Accordingly, the jury trial set for Tuesday, January 3, 2012 is **VACATED**. Finally the parties are ordered to contact my chambers at 303-335-2170 not later than **Friday, December 16, 2011** in order to schedule an evidentiary hearing on the pending motion to suppress.

    Dated: December 1, 2011