UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00338-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAUL EUGENE BRAME,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On November 29, 2011, the Defendant filed a Motion to Suppress (ECF No. 13). An evidentiary hearing on this motion is set for **Thursday, March 15, 2012 at 1:30 p.m.**

    Dated: December 16, 2011