# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00338-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PAUL EUGENE BRAME,

    Defendant.

---

## ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on October 10, 2012, it is hereby

ORDERED that Defendant Paul Eugene Brame is sentenced to TIME SERVED.

Dated: October 10, 2012.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE